

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

UNITED STATES OF AMERICA       CRIMINAL NO. **2025 CF2 002263**

vs.      ISSUED BY: **ROBERT J. HILDUM**

**ANDREW LAKE**      25-mj-8153 WM

## BENCH WARRANT

*May be served at any place within the jurisdiction of the United States*
*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

**BASIS FOR WARRANT AND DESCRIPTION OF CHARGES: FAILURE TO APPEAR FOR PRELIMINARY HEARING**

**Flee Law Enforcement Officer**

**Unlawful Entry - Public Property**

---

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

_____

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 3/24/2025.

BAIL FIXED BY THE COURT      Superior Court of the District of Columbia
AT: **NO BOND**

BY: *Robt J. Hildum*
        ROBERT HILDUM Magistrate Judge

| | |
|---|---|
| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
| Date Executed: | Signature of Arresting Officer |

CDFBW

PAGE 2

CRIMINAL NO: **2025 CF2 002263**

18 USCS § 3041 (2012)
"For any offense against the United States, the offender may, by any justice or judge of the United States, or by any United States magistrate [United States magistrate judge], or by any chancellor, judge of a supreme or superior court, chief or first judge of common pleas, mayor of a city, justice of the peace, or other magistrate, of any state where the offender may be found, and at the expense of the United States, be arrested and imprisoned, or released as provided in chapter 207 of this title, as the case may be, for trial before such court of the United States as by law has cognizance of the offense.

D.C. Code § 23-563(a) (2012)
"A warrant or summons for … an offense punishable by imprisonment for more than one year issued by the Superior Court of the District of Columbia may be served at any place within the jurisdiction of the United States."

D.C. Code § 23-563(c) (2012)
"A person arrested outside the District of Columbia on a warrant issued by the Superior Court of the District of Columbia shall be taken before a judge, commissioner, or magistrate, and held to answer in the Superior Court pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia."

D.C. Code § 23-1329(b) (2012)
"A warrant for the arrest of a person charged with violating a condition of release may be issued by a judicial officer and if such person is outside the District of Columbia he shall be brought before a judicial officer in the district where he is arrested and shall then be transferred to the District of Columbia for proceedings in accordance with this section."

D.C. Code § 23-1329(d) (2012)
"Any warrant issued by a judge of the Superior Court for violation of release conditions or for contempt of court, for failure to appear as required, or pursuant to§23-1322(d)(7), **may** be executed at any place within the jurisdiction of the United States. Such warrants shall be executed by a United States marshal or by any other officer authorized by law."

D.C. Code § 24-531.13 (2012)
"When a person has been ordered confined in a hospital for the mentally ill pursuant to this chapter and has escaped from such hospital, the court which ordered confinement shall, upon request of the government, order the return of the escaped person to such hospital. The return order shall be effective throughout the United States. Any federal judicial officer within whose jurisdiction the escaped person shall be found shall, upon receipt of the return order issued by the committing court, cause such person to be apprehended and delivered up for return to such hospital."

D.C. Code § 24-304 (2012)
Upon the expiration of the term fixed for such probation, the probation officer shall report that fact to the court, with a statement of the conduct of the probationer while on probation, and the court may thereupon discharge the probationer from further supervision, or may extend the probation, as shall seem advisable. At any time during the probationary term the court may modify the terms and conditions of the order of probation, or may terminate such probation, when in the opinion of the court the ends of justice shall require, and when the probation is so terminated the court shall enter an order discharging the probationer from serving the imposed penalty; **or the court may revoke the order of probation and cause the re-arrest of the probationer** and impose a sentence and require him to serve the sentence or pay the fine originally imposed, or both, as the case may be, or any lesser sentence. If imposition of sentence was suspended, the court may impose any sentence which might have been imposed. If probation is revoked, the time of probation shall not be taken into account to diminish the time for which he was originally sentenced.

| REASON FOR ISSUANCE OF WARRANT | IN VIOLATION OF |
|---|---|
| Failure to Appear Generally | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Witness | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Sentencing | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Extradition Hearing | D.C. Code § 23-703  (2012) |
| Violation of Conditions of Release | D.C. Code § 23-1329 (2012) |
| Escape from Jail | D.C. Code § 22-2601 (2012) |
| Escape from Mental Hospital | D.C. Code § 24-531.13 (2012) |
| Probation Violation | D.C. Code § 24-304 (2012) |

PAGE 3

CASE NO.  2025 CF2 002263

DEFENDANT'S NAME: **ANDREW LAKE**

ALIAS:

LAST KNOWN ADDRESS:
PLACE OF BIRTH:

DATE OF BIRTH:  09/22/1983

HEIGHT:  7'0''

SEX:  Male

HAIR:

SCARS/TATTOOS:

WEIGHT:  140

DCDC NO.:

PDID NO.:  774288

# 2025 CF2 002263 United States Vs. LAKE, ANDREW JEP

- Case Type:
- Felony II
- Case Status:
- Bench Warrant
- File Date:
- 03/04/2025
- Action:
- Flee Law Enforcement Officer
- Status Date:
- 03/04/2025
- Next Event:



**All Information**   **Party**   **Event**   **Docket**   **Disposition**

## Party Information

**LAKE, ANDREW**
- Defendant (Criminal)

- Disposition
- 
- Disp Date

**Alias**

**Party Attorney**
- Attorney
- KOVLER, DANIEL

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 03/04/2025 01:00 PM | Courtroom C-10 | Presentment | Defendant Pled Not Glty Trial Rights Were Asserted | GLOVER, ERIC |
| 03/24/2025 02:00 PM | Courtroom 120 | Preliminary Hearing | Defendant Failed to Appear | HILDUM, ROBERT J. |

## Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 03/04/2025 | Charge Filed Charge 1: Flee Law Enforcement Officer<br>Charge 2: Unlawful Entry - Public Property | Image |
| 03/04/2025 | Gerstein Affidavit Filed | Image |
| 03/04/2025 | Attorney Appointed<br>Attorney KAPLAN, MARTINE representing Defendant (Criminal) LAKE, ANDREW as of 03/04/2025 | |
| 03/04/2025 | Event Scheduled<br>Event: Presentment<br>Date: 03/04/2025   Time: 1:00 pm<br>Judge: GLOVER, ERIC    Location: Courtroom C-10 | |
| 03/04/2025 | Event Resulted - Release Status: PR PSA<br>AUSA Michael Lago Present in Court.  Att Daniel Kovler Present in Court<br>The following event: Presentment scheduled for 03/04/2025 at 1:00 pm has been resulted as follows:<br><br>Result: Defendant Pled Not Glty Trial Rights Were Asserted<br>Judge: GLOVER, ERIC    Location: Courtroom C-10<br>ANDREW LAKE (Defendant (Criminal)); ; MARTINE KAPLAN (Attorney) on behalf of ANDREW LAKE (Defendant (Criminal)); Judge ERIC GLOVER on behalf of Judge JUDITH E PIPE | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 03/04/2025 | Event Scheduled<br>Event: Preliminary Hearing<br>Date: 03/24/2025   Time: 2:00 pm<br>Judge: JUDGE PRELIMINARY HEARING 120    Location: Courtroom 120 | |
| 03/04/2025 | Amended General Order (SCCRule 5(f)) | Image |
| 03/04/2025 | Notice to Court (Attorney Appearance) Not Filed | |
| 03/04/2025 | Stay Away Map | Image |
| 03/04/2025 | Pretrial Stay Away Order Filed | Image |
| 03/04/2025 | Pretrial Stay Away Order Filed<br>Stay Away Order Imposed created on: 03/04/2025<br>For:  LAKE, ANDREW | |
| 03/04/2025 | Alert Issued**<br>Stay Away Order Imposed issued on: 03/04/2025<br>For: LAKE, ANDREW<br>Bond Amt:<br>Alert Conditions(s):<br>Stay away from | |
| 03/04/2025 | Release Conditions<br><br>Pre-Trial Services Release Form<br>Sent on:  03/04/2025  16:31:39.46 | Image |
| 03/04/2025 | Attorney Appointed<br>Attorney KOVLER, DANIEL representing Defendant (Criminal) LAKE, ANDREW as of 03/04/2025 | |
| 03/04/2025 | Attorney Dismissed<br>Attorney KAPLAN, MARTINE dismissed/withdrawn for  LAKE, ANDREW on 03/04/2025 | |
| 03/10/2025 | Notice of Filing:<br>Attorney: MARTIN JR, Mr EDWARD R R (481866) | Image |
| 03/11/2025 | Unopposed Motion for BWC Protective Order<br>Attorney: MARTIN JR, Mr EDWARD R R (481866) | Image |
| 03/12/2025 | Order Granting Motion Entered on the Docket granting consent BWC PO. jkg | Image |
| 03/24/2025 | *Bench Warrant Issued<br>*Extraditable Bench Warrant created on: 03/24/2025<br>For:  LAKE, ANDREW | |
| 03/24/2025 | Alert Issued**<br>*Extraditable Bench Warrant issued on: 03/24/2025<br>For: LAKE, ANDREW<br>Bond Amt:  NO BOND<br>Alert Conditions(s):<br>Miscellaneous | |
| 03/24/2025 | Form Generated:<br><br>Extraditable Bench Warrant<br>Sent on:  03/24/2025  17:00:17.45 | Image |
| 03/24/2025 | Event Resulted - Release Status: N/A. AUSA Elias Feldman was present in person. New counsel was appointed to the felony matter. The defendant did not appear. Defense counsel made some representations. The Court granted governments request and issued an extraditable bench warrant with no bond.<br>The following event: Preliminary Hearing scheduled for 03/24/2025 at 2:00 pm has been resulted as follows:<br><br>Result: Defendant Failed to Appear<br>Judge: HILDUM, ROBERT J.   Location: Courtroom 120<br>DANIEL KOVLER (Attorney) on behalf of ANDREW LAKE (Defendant (Criminal))<br> Participant(s): Judge ROBERT J. HILDUM on behalf of Judge JUDITH E PIPE | |
| 03/25/2025 | Bench Warrant Forwarded to USM for Service | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | PIPE, JUDITH E |

| Disposition | Date | Case Judge |
|---|---|---|
| | | |